ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

JAMES ROGER HARDY, II

\*     IN THE

\*     SUPREME COURT

\*     OF MARYLAND

\*     AG Docket No. 4

\*     September Term, 2024

### ORDER

Upon consideration of the joint petition to suspend the respondent from the practice of law for 120 days, *nun pro tunc* to October 25, 2022, it is this 25th day of July 2024, by the Supreme Court of Maryland,

ORDERED that the Respondent is suspended for 120 days, *nunc pro tunc* to October 25, 2022, and it is further

ORDERED that, pursuant to Rule 19-751, the respondent is reinstated to the Bar of Maryland *nunc pro tunc* to February 23, 2023.



      /s/ Matthew J. Fader
        Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk